UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| KENNETH TERRY and HORTANCE TERRY,<br><br>        Plaintiffs,<br><br>  v.<br><br>WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK, N.A., NBS DEFAULT SERVICES, LLC, and DOES 1-50,<br><br>        Defendants. | CASE NO.: 3:16-CV-02208-RS<br><br>[The Honorable Richard Seeborg]<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT**<br><br>Former Due Date:  June 1, 2017<br>Current Due Date:  June 30, 2017 |
|---|---|

The Court, having reviewed the joint stipulation submitted by the parties and good cause appearing, hereby orders as follows:

The deadline for plaintiff to file a Third Amended Complaint is extended to June 30, 2017.

**IT IS SO ORDERED.**

Dated: 6/6/17

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE