UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH TERRY, et al.,

    Plaintiffs,

v.

WELLS FARGO HOME MORTGAGE, et al.,

    Defendants.

Case No. 16-cv-02208-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 27, 2017.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 3, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: June 8, 2017

_____

Richard Seeborg
United States District Judge