UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH TERRY and HORTANCE TERRY,<br><br>Plaintiffs,<br>v.<br><br>WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK, N.A., NBS DEFAULT SERVICES, LLC, and DOES 1-50,<br><br>Defendants. | Case No. 3:16-cv-02208-RS<br><br>[Assigned to the Hon. Richard Seeborg]<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the terms of a confidential settlement agreement that has been executed by the parties, the joint stipulation of dismissal executed and filed by the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The above-entitled action against defendant Wells Fargo is dismissed *with prejudice*;
2. Each party shall bear their own fees and costs; *and*
3. The Court shall close its file.

DATED: 6/22, 2017

*/s/ Richard Seeborg*
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE